EMPIRE PETROLEUM COMPANY

v.

SINCLAIR PIPE LINE COMPANY.

No. 5984.

United States Court of Appeals
Tenth Circuit.

Nov. 19, 1958.

L. Bernard Davis, William R. Loeffler and R. R. Rosnik, Denver, Colo., for appellant.

Robert A. Dick, Denver, Colo., for appellee.

Before PHILLIPS, MURRAH and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed without prejudice, on motion of appellee.

Henderson RICHARDSON

v.

C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 5995.

United States Court of Appeals
Tenth Circuit.

Nov. 19, 1958.

Charles Edward Wright, Denver, Colo., for appellant.

Wilbur G. Leonard, U. S. Atty., and E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before PHILLIPS, MURRAH and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant.

Alfred MADSON, Jr.,

v.

Harry C. TINSLEY, Warden of the Colorado State Penitentiary.

No. 5983.

United States Court of Appeals
Tenth Circuit.

Nov. 20, 1958.

Duke W. Dunbar, Atty. Gen., State of Colorado, Frank E. Hickey and John W. Patterson, Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

SEMO MANUFACTURING COMPANY.

No. 16141.

United States Court of Appeals
Eighth Circuit.

Jan. 12, 1959.

Thomas J. McDermott, Assoc. Gen. Counsel, National Labor Relations Board, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Edward Sharp, New Madrid, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition of petitioner for summary entry of decree.